# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * *  <br>**BISWAS INFORMATION TECHNOLOGY SOLUTIONS, INC.,**<br>　　　　**Protestor,**<br>**v.**<br>**UNITED STATES,**<br>　　　　**Defendant,**<br>**v.**<br>**PRECISE SOFTWARE SOLUTIONS, INC.,**<br>　　　　**Defendant-Intervenor.**<br>* * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  No. 19-605C<br>*  Filed: May 24, 2019<br>*<br>*<br>*<br>*<br>*<br>* |

**O R D E R**

The court is in receipt of the protestor's May 24, 2019 notice to voluntarily dismiss the above-captioned protest. Pursuant to Rule 41(a)(1)(A)(1) of the Rules of the United States Court of Federal Claims (2018), this court **ORDERS** that this protest be **DISMISSED**.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　s/Marian Blank Horn
　　　　　　　　　　　　　　　　　　　　　　　**MARIAN BLANK HORN**
　　　　　　　　　　　　　　　　　　　　　　　　　**Judge**